

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00076-CV

IN RE C.F., Relator

---

Original Proceeding
Trial Court No. 233-559650-14

---

## WRIT OF COMMITMENT

## TO ANY SHERIFF OR CONSTABLE IN THE STATE OF TEXAS:

In trial court cause number 233-559650-14, pending in the 233rd District Court of Tarrant County, Texas, styled *In the Interest of K.N.F., A Child*, C.F., relator, was adjudged in contempt of court and ordered confined in the county jail of Tarrant County, Texas.

In proceeding number 02-20-00076-CV in the Court of Appeals for the Second District of Texas, styled In re C.F., this court stated that it was of the tentative opinion that relator was entitled to the relief sought or that a serious question concerning the relief required further consideration and ordered her released on her

own recognizance pending a final determination of relator's petition for writ of habeas corpus.

On this day, this court has made a final determination of relator's petition for writ of habeas corpus: this court has modified the trial court's February 14, 2020 contempt order to delete the language in the order denying good-conduct time credit, but DENIED relator's petition for writ of habeas corpus in all other respects.

You are commanded to take C.F. into your custody and commit her to the county jail of Tarrant County, Texas, to be confined in accordance with the attached contempt order originally issued by the trial court on February 14, 2020 (subject to this court's modification of that order to delete the language denying good-conduct time credit) and the "Corrected Order of Commitment/Work Release" originally issued by the trial court on February 19, 2020, or until she is otherwise legally discharged.

Execute and return this Writ of Commitment to this court at 401 W. Belknap Street, Suite 9000, Fort Worth, Tarrant County, Texas 76196, within ninety days from this date, showing you have executed it.

Issued March 24, 2020.

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Rose M. Stewart, Deputy Clerk

2

## OFFICER'S RETURN

Delivered to me on _____, 20___ at ___.m. and executed on _____, 20___ at ___.m. by taking _____ into custody and committing her to the county jail of _____ County, Texas.

_____
[SHERIFF'S NAME]


By:_____
      Deputy